Devin A. McRae, State Bar Number 223239
  dmcrae@earlysullivan.com
Peter Scott, State Bar Number 247786
  pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
NANCY WRIGHT PATCH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NANCY WRIGHT PATCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-02024-JWH-DFM<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge: Honorable John W. Holcomb<br><br>Complaint Filed: October 27, 2023 |

5819261.1

## **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nancy Wright Patch and Defendants State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company, by and through their respective counsel, hereby stipulate as follows:

This action, *Patch v. State Farm General Insurance Company*, *et al*, U.S. District Court for the Central District of California Case No. 8:23-cv-02024-JWH-DFM, including the Complaint, is hereby dismissed in its entirety, with prejudice and with each party to bear its own costs and fees.

Dated: August 7, 2025          EARLY SULLIVAN WRIGHT
                               GIZER & McRAE LLP


                               By: /s/ Peter Scott
                                   Devin A. McRae
                                   Peter Scott
                                   Attorneys for Plaintiff
                                   NANCY WRIGHT PATCH

DATED: August 7, 2025          PACIFIC LAW PARTNERS, LLP


                               By: */s/ Matthew Batezel*
                                   Matthew Batezel
                                   Attorneys for Defendants
                                   STATE FARM GENERAL
                                   INSURANCE COMPANY and
                                   STATE MUTUAL AUTOMOBILE
                                   INSURANCE COMPANY



5819261.1

1